PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Crim #: 3:94CR00247(PCD)

HUMBERTO PIEDRA

Re: **Early Termination of Supervision**

On **March 18, 2003,** the above named offender was placed on SUPERVISED RELEASE for a period of **five** years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Virginia C. Swisher
Supervising U. S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 9th day of May, 2007.

The Honorable Peter C. Dorsey
Senior United States District Court Judge